FILED: December 27, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1219 (L)
(1:11-cv-02844-JFM)

_____

AMERIX CORPORATION; 3C INCORPORATED; CAREONE SERVICES, INCORPORATED, f/k/a Freedompoint Corporation; FREEDOMPOINT FINANCIAL CORPORATION; ASCEND ONE CORPORATION; BERNALDO DANCEL

       Plaintiffs - Appellants

v.

LAVERNE JONES; STACEY NESS; KERRY NESS

       Defendants - Appellees

_____

O R D E R

_____

The court grants the motion of Edward C. DuMont to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk